|  |  |  |
|---|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>Hudson Valley Lighting, Inc.<br><br>　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:25-cv-21-EEB<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: March 24, 2025

_____

Davis B. Reyes, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
Tel: (630)-478-0856

Email: Dreyes@ealg.law

*Attorney for Plaintiff*

_____

Khue V. Hoang
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (646) 921-0704

Email: khoang@reichmanjorgensen.com

*Attorney for Defendant*